EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2025 TSPR 143 |
| Aprobación de Cambio de Estatus Inactivo de noviembre de 2025 | 217 DPR ___ |

Número del Caso: EM-2025-0016

Fecha: 19 de diciembre de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de noviembre de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de noviembre de 2025

EM-2025-0016

RESOLUCIÓN

En San Juan, Puerto Rico, a  19 de diciembre de 2025.

Durante el periodo de noviembre de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Héctor Urgell Cuebas | 3,279 |
| Eric Alberto Tulla Schwarz | 4,391 |
| Rubén Portugués García | 6,163 |
| José Rafael Díaz Álamo | 9,638 |
| Acisclo J. Fossas Marxuach | 9,652 |
| Elí Galarza Rivera | 11,653 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo